**STATE v. GAINEY**

[362 N.C. 353 (2008)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID GAINEY | ) | |

No. 531A00-2

This matter is before this Court on defendant's Petition for Writ of Certiorari, defendant's Petitions for Writ of Mandamus, and defendant's Motion for Leave to File Amendment to Petition for Writ of Certiorari and Withdrawal of Writs of Mandamus. Defendant's Motion to Withdraw Writs of Mandamus is allowed. Defendant's motion for Leave to File Amendment to Petition for Writ of Certiorari is allowed for the limited purpose of remanding the matter to the Superior Court for an evidentiary hearing on defendant's Motion for Appropriate Relief and defendant's Amended Motion for Appropriate Relief.

By order of the Court in Conference, this 10th day of April, 2008.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams Creek Assocs. v. Davis<br><br>Case below:<br>186 N.C. App. 512 | No. 003P08 | 1. Defs' NOA Based Upon a Constitutional Question (COA07-134)<br><br>2. Defs' Motion for Temporary Stay<br><br><br><br>3. Defs' Petition for Writ of Supersedeas<br><br>4. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 06/11/08<br><br>2. Allowed 01/09/08 362 N.C. 175 Stay Dissolved 06/11/08<br><br>3. Denied 06/11/08<br><br>4. Denied 06/11/08 |
| Allied Envtl. Servs., PLLC v. N.C. Dep't Envtl. & Natural Res.<br><br>Case below:<br>187 N.C. App. 227 | No. 617P07 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA06-1148) | Denied 04/10/08 |
| Andrews v. Haygood<br><br>Case below:<br>188 N.C. App. 244 | No. 057A07-2 | 1. Trustee/Appellant's (Charlie Brown) NOA Based Upon a Dissent (COA06-1670)<br><br>2. Trustee/Appellant's (Charlie Brown) PDR as to Additional Issues | 1. ——<br><br><br>2. Allowed 04/10/08 |
| Arnold v. City of Asheville<br><br>Case below:<br>186 N.C. App. 542 | No. 584P07 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA06-1167) | Denied 06/11/08 |
| Beaufort Cty. Bd. of Educ. v. Beaufort Cty. Bd. of Comm'rs<br><br>Case below:<br>188 N.C. App. 399 | No. 106PA08 | 1. Def-Appellant's NOA Under N.C.G.S. 7A-30 (Constitutional Question) (COA06-1712)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed 04/10/08<br><br>3. See Special Order Page 348 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Blinson v. State<br><br>Case below:<br>186 N.C. App. 328 | No. 546P06-2 | 1. Plts' NOA Based Upon a Constitutional Question (COA06-1258)<br><br>2. Def's (Dell, Inc.) Motion to Dismiss Appeal<br><br>3. Defs' (City of Winston-Salem, et al.) Motion to Dismiss Appeal<br><br>4. Defs' (State of NC and Fain) Motion to Dismiss Appeal<br><br>5. Plts' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>04/10/08<br><br>3. Allowed<br>04/10/08<br><br>4. Allowed<br>04/10/08<br><br>5. Denied<br>04/10/08<br><br>**Martin, J., Recused** |
| Bolick v. ABF Freight Sys., Inc.<br><br>Case below:<br>188 N.C. App. 294 | No. 076P08 | Plt's Conditional PDR Under N.C.G.S. § 7A-31 (COA07-198) | Dismissed as Moot<br>04/10/08 |
| Burek v. Mancuso<br><br>Case below:<br>189 N.C. App. 209 | No. 153P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-591) | Denied<br>06/11/08 |
| Burton v. Phoenix Fabricators & Erectors, Inc.<br><br>Davis v. Phoenix Fabricators & Erectors, Inc.<br><br>Case below:<br>185 N.C. App. 303 | No. 447P07 | 1. Def's (Phoenix) PDR Under N.C.G.S. § 7A-31 (COA06-1195)<br><br>2. Def's (Phoenix) Alternative PWC | 1. See Special Order Page 352<br><br>2. See Special Order Page 352 |
| Capps v. NW Sign Indus.of N.C., Inc.<br><br>Case below:<br>185 N.C. App. 543 | No. 383P05-2 | 1. Plt's Motion to Seal Response to Defs' PDR (COA06-1297)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>11/08/07<br><br>2. Denied<br>04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Capps v. NW Sign Indus.of N.C., Inc.<br><br>Case below:<br>186 N.C. App. 616 | No. 383P05-3 | 1. Defs' NOA (Dissent) (COA07-99)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Defs' PDR as to Additional Issues<br><br>4. Plt's Motion to Dismiss PDR | 1. ——<br><br>2. Allowed<br>04/10/08<br><br>3. Dismissed as Moot<br>04/10/08<br><br>4. Allowed<br>04/10/08 |
| Crawford v. Mintz<br><br>Case below:<br>187 N.C. App. 378 | No. 047A08 | 1. Plts' NOA (Dissent) (COA07-141)<br><br>2. Plts' PDR as to Additional Issues | 1. ——<br><br>2. Allowed<br>06/11/08 |
| Cunningham v. Cannon Mem'l Hosp., Inc.<br><br>Case below:<br>187 N.C. App. 732 | No. 028P08 | Def's (David Cook, M.D.) PDR Under N.C.G.S. § 7A-31 (COA06-1532) | Denied<br>04/10/08 |
| Durham Housing Auth. v. Partee<br><br>Case below:<br>189 N.C. App. 388 | No. 183P08 | 1. Def's Motion for Temporary Stay (COA07-581)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>04/25/08<br>Stay Dissolved<br>06/11/08<br><br>2. Denied<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| 84 Lumber Co., LP v. Habitech Enters. Inc.<br><br>Case below:<br>187 N.C. App. 509 | No. 011P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-177) | Denied<br>06/11/08 |
| Ellison v. Gambill Oil<br><br>Case below:<br>186 N.C. App. 167 | No. 541A07 | 1. Plt-Appellant's (Ellison) NOA (Dissent) (COA06-1016)<br><br>2. Plt-Appellant's (Ellison) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Denied<br>04/10/08 |
| Freeman v. Rothrock<br><br>Case below:<br>189 N.C. App. 31 | No. 163A08 | 1. Plt's NOA (Dissent) (COA07-269)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Plt's Motion for Substitution of Party | 1. ——<br><br>2. Allowed<br>06/11/08<br><br>3. Allowed<br>06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Garrison v. Holt<br><br>Case below:<br>185 N.C. App. 730 | No. 491P07 | Respondent's (Shelby Holt)<br>PDR Under N.C.G.S. § 7A-31<br>(COA06-1085) | Denied<br>04/10/08 |
| Hill v. Hill<br><br>Case below:<br>187 N.C. App. 509 | No. 138P07-2 | 1. Plt's NOA Based Upon a Constitutional Question (COA07-266)<br><br>2. Defs' Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>04/10/08<br><br>3. Denied<br>04/10/08<br><br>**Martin, J.,<br>Recused<br>Timmons-<br>Goodson, J.,<br>Recused** |
| Hill v. Hill<br><br>Case below:<br>361 N.C. 427<br>181 N.C. App. 69 | No. 138P06-3 | 1. Plt's Motion for Reconsideration of Appeal of Right (COA06-331)<br><br>2. Plt's Petition for Rehearing of PDR | 1. Denied<br>04/10/08<br><br>2. Dismissed<br>04/10/08<br><br>**Martin, J.,<br>Recused<br>Timmons-<br>Goodson, J.,<br>Recused** |
| Holt v. Albemarle Reg'l Health Servs. Bd.<br><br>Case below:<br>188 N.C. App. 111 | No. 078P08 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA07-262) | Denied<br>04/10/08 |
| In re C.M.W.<br><br>Case below:<br>190 N.C. App. 205 | No. 239P08 | State's Motion for Temporary Stay<br>(COA07-1315) | Allowed<br>05/27/08 |
| In re J.E.J., B.M.J., T.L.J.<br><br>Case below:<br>188 N.C. App. 632 | No. 083P08 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA07-589) | Denied<br>04/10/08 |
| In re J.G.<br><br>Case below:<br>188 N.C. App. 632 | No. 115P08 | Respondents' (Jason & Belinda Genwright) PWC to Review Decision of COA (COA07-1026) | Denied<br>04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re J.T. (I), J.T. (II), & A.J.<br><br>Case below:<br>189 N.C. App. 206 | No. 155P08 | Petitioners' (Cumberland Co. DSS and GAL) Motion for Temporary Stay (COA07-1372) | Allowed<br>04/10/08 |
| In re K.H.<br><br>Case below:<br>189 N.C. App. 403 | No. 186P08 | Petitioners' (Cumberland Co. DSS & GAL) Motion for Temporary Stay (COA07-1277) | Denied<br>04/23/08 |
| In re L.B.<br><br>Case below:<br>187 N.C. App. 326 | No. 007A08 | 1. Respondent's (Mother) NOA (Dissent) (COA07-549)<br><br>2. Respondent's (Mother) PDR as to Additional Issues<br><br>3. Respondent's (Father) NOA (Dissent)<br><br>4. Respondent's (Father) PDR as to Additional Issues<br><br>5. Respondent's (Mother) PWC to Review Decision of COA<br><br>6. Guardian ad Litem's Motion to Dismiss PWC | 1. ——<br><br>2. Denied 04/10/08<br><br>3. ——<br><br>4. Denied 04/10/08<br><br>5. Denied 04/10/08<br><br>6. Denied 04/10/08 |
| In re M.K.B.<br><br>Case below:<br>188 N.C. App. 165 | No. 090P08 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA07-1044) | Denied<br>04/10/08 |
| In re Will of Beane<br><br>Case below:<br>189 N.C. App. 209 | No. 152P08 | Propounder's (Joan Beane) PDR Under N.C.G.S. § 7A-31 (COA07-231) | Denied<br>06/11/08 |
| In re Williamson Village Condos.<br><br>Case below:<br>187 N.C. App. 553 | No. 020A08 | 1. Motion by Appellee (Williamson Village Partners, LLC) for Suggestion of Affirmance of COA Decision (COA07-217)<br><br>2. Appellee's (Williamson Village Partners, LLC) Alternative PDR | 1. Dismissed 06/11/08<br><br>2. Dismissed 06/11/08<br><br>**Martin, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Johnson v. City of Winston-Salem<br><br>Case below:<br>188 N.C. App. 383 | No. 111A08 | 1. Def-Appellant's NOA Based on a Dissent (COA07-536)<br><br>2. Def-Appellant's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Denied 06/11/08 |
| Kyle v. Holston Grp.<br><br>Case below:<br>188 N.C. App. 686 | No. 170P08 | Def-Appellants' PDR Under N.C.G.S. § 7A-31(c) (COA07-364) | Denied 06/11/08 |
| Lakeview Condo. Ass'n v. Village of Pinehurst<br><br>Case below:<br>185 N.C. App. 159 | No. 456P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1001) | Denied 04/10/08 |
| Lawson v. White<br><br>Case below:<br>188 N.C. App. 165 | No. 069P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-296) | Allowed and remanded for reconsideration in light of *Dogwood Dev. & Mgmt. Co., LLC v. White Oak Transp. Co.*, 362 N.C. 191, 657 S.E. 2d 361 (2008) 06/11/08 |
| Lineberger v. N.C. Dep't of Corr.<br><br>Case below:<br>189 N.C. App. 1 | No. 141A08 | 1. Defs' Motion for Temporary Stay (COA07-3)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' NOA Based Upon a Dissent<br><br>4. Defs' PDR as to Additional Issues | 1. Allowed 04/04/08<br><br>2. Allowed 06/11/08<br><br>3. ——<br><br>4. Allowed 06/11/08 |
| Mangum v. Raleigh Bd. of Adjust.<br><br>Case below:<br>187 N.C. App. 253 | No. 613P07 | Plt-Appellants' PDR Under N.C.G.S. § 7A-31 (COA06-1587) | Allowed 06/11/08 |

| | | | |
|---|---|---|---|
| Massey v. Hoffman<br><br>Case below:<br>184 N.C. App. 731 | No. 413P07 | 1. Respondent's NOA Based Upon a Constitutional Question (COA06-1338) | 1. —— |
| | | 2. Attorney General's Motion to Dismiss Appeal | 2. Allowed 06/11/08 |
| | | 3. Petitioner's Motion to Dismiss Appeal | 3. Allowed 06/11/08 |
| | | 4. Respondent's PDR Under N.C.G.S. § 7A-31 | 4. Denied 06/11/08 |
| | | 5. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Dismissed as Moot 06/11/08 |
| Matthews v. Wake Forest Univ.<br><br>Case below:<br>187 N.C. App. 780 | No. 035P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1549) | Denied 06/11/08 |
| McDonald v. City of Concord<br><br>Case below:<br>188 N.C. App. 278 | No. 074P08 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA07-113) | Denied |
| Moore v. Charlotte-Mecklenburg Bd. of Educ.<br><br>Case below:<br>185 N.C. App. 566 | No. 503P07 | Petitioner's PWC to Review Decision of COA (COA06-601) | Denied 04/10/08 |
| Myers v. Bryant<br><br>Case below:<br>188 N.C. App. 585 | No. 107P08 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA07-285) | Denied 06/11/08 |
| Odom v. Clarke<br><br>Case below:<br>188 N.C. App. 165 | No. 063PA08 | Def's (Cabarrus Memorial Hospital) PDR Under N.C.G.S. § 7A-31 (COA07-775) | See Special Order Page 346 |
| Park East Sales, LLC v. Clark-Langley, Inc.<br><br>Case below:<br>186 N.C. App. 198 | No. 562P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1496) | 1. Denied 04/10/08 |
| | | 2. Defs' (Carmel, Lowe's & Western Surety) Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot 04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Piles v. Allstate Ins. Co.<br><br>Case below:<br>187 N.C. App. 399 | No. 603P07 | Def's (Allstate Insurance Co.) PDR Under N.C.G.S. § 7A-31 (COA06-1543) | Denied<br>06/11/08 |
| Pitt Cty. v. Deja Vue, Inc.<br><br>Case below:<br>185 N.C. App. 545 | No. 496P07 | 1. Def's (Misty's and Rex Hudson) PDR Under N.C.G.S. § 7A-31 (COA06-838)<br><br>2. Def's (Silver Bullet Dolls and Faulkner) PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>04/10/08<br><br>2. Denied<br>04/10/08 |
| Pottle v. Link<br><br>Case below:<br>187 N.C. App. 746 | No. 027P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-359) | Allowed<br>06/11/08<br><br>**Martin, J., Recused** |
| Pritchard v. Sladjoe<br><br>Case below:<br>189 N.C. App. 404 | No. 195P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-194) | Denied<br>06/11/08 |
| Rogers v. Black<br><br>Case below:<br>188 N.C. App. 632 | No. 113P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-462) | Denied<br>04/10/08 |
| Roush v. Kennon<br><br>Case below:<br>188 N.C. App. 570 | No. 097P08 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA07-209)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>06/11/08<br><br>2. Dismissed as Moot<br>06/11/08<br><br>**Timmons-Goodson, J., Recused** |
| Royal v. N.C. Dep't of Crime Control & Pub. Safety<br><br>Case below:<br>184 N.C. App. 378 | No. 392P07 | Respondents' PDR Under N.C.G.S. § 7A-31 (COA06-756) | Denied<br>04/10/08 |
| Sandy Mush Props., Inc. v. Rutherford Cty.<br><br>Case below:<br>187 N.C. App. 809 | No. 067P07-2 | Plt-Appellant's (Second) PDR Under N.C.G.S. § 7A-31 (COA06-68-2) | Allowed<br>06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Selwyn Village Homeowners Ass'n v. Cline & Co.<br><br>Case below:<br>186 N.C. App. 645 | No. 597P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-116) | Allowed and remanded for reconsideration in light of *Dogwood Dev. & Mgmt. Co., LLC v. White Oak Transp. Co.*, 362 N.C. 191, 657 S.E. 2d 361 (2008) |
| Silver v. GMRI, Inc.<br><br>Case below:<br>186 N.C. App. 305 | No. 568P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1588) | Denied 04/10/08 |
| Smithfield Housing Auth. v. Creech<br><br>Case below:<br>188 N.C. App. 847 | No. 114P07-2 | 1. Def's Motion for "Notice of Appeal" (COA07-669)<br><br>2. Def's Motion for Request for Stay of Judgment in 07CVD35 by the Writ of Supersedeas<br><br>3. Def's Motion for "Dual Petitions for Temporary Stays and Extraordinary Process Writ of Supersedeas"<br><br>4. Def's Dual Motions for Temporary Stays<br><br>5. Def's Motion to Vacate Writ of Possession | 1. Dismissed *Ex Mero Motu* 03/25/08<br><br>2. Denied 03/19/08<br><br>3. Denied 03/04/08<br><br>4. Denied 03/25/08<br><br>5. Denied 03/25/08 |
| Smithfield Housing Auth. v. Creech<br><br>Case below:<br>188 N.C. App. 847 | No. 114P07-3 | 1. Def's Motion for Temporary Stay (COA07-669)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PWC to Review Order of Johnston County Superior Court<br><br>4. Def's PWC to Review Decision of COA | 1. Denied 03/27/08<br><br>2. Denied 03/27/08<br><br>3. Denied 03/27/08<br><br>4. Denied 03/27/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Smithfield Housing Auth. v. Creech<br><br>Case below:<br>188 N.C. App. 847 | No. 114P07-4 | 1. Def's Motion to Reconsider, Rehear and Review NC Supreme Court Writ Request (COAP07-134) (COA07-669)<br><br>2. Def's Request to Await Petition Asking Court to Certify 114P07 for Discretionary Review out of 07CVD35, Johnston County and 07COAP669<br><br>3. Def's Request to Await "Supervisory" Petition from the Def to Oversee the Lower Courts' and Court of Appeals' Functions | 1. Dismissed 06/11/08<br><br>2. Dismissed 06/11/08<br><br>3. Dismissed 06/11/08 |
| State v. Arreola<br><br>Case below:<br>188 N.C. App. 166 | No. 089P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-538) | Denied 04/10/08 |
| State v. Ballard<br><br>Case below:<br>189 N.C. App. 210 | No. 168P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-860) | Denied 06/11/08 |
| State v. Barnes<br><br>Case below:<br>183 N.C. App. 300 | No. 215P08 | Def's PWC to Review Decision of COA (COA06-1285) | Denied 06/11/08 |
| State v. Berry<br><br>Case below:<br>188 N.C. App. 166 | No. 066P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-450) | Denied 04/10/08 |
| State v. Bowman<br><br>Case below:<br>188 N.C. App. 635 | No. 105P08 | State's Motion for Temporary Stay (COA06-1146) | Allowed 03/11/08 |
| State v. Brooks<br><br>Case below:<br>189 N.C. App. 210 | No. 135P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-924) | Denied 04/10/08 |
| State v. Brower<br><br>Case below:<br>186 N.C. App. 397 | No. 550P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1615) | Denied 04/10/08 |
| State v. Buhl<br><br>Case below:<br>180 N.C. App. 475 | No. 082P08 | Def's Motion for Appropriate Relief (COA06-386) | Dismissed 04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Campbell<br><br>Case below:<br>188 N.C. App. 701 | No. 109A08 | 1.  Def-Appellant's NOA Based Upon a Constitutional Question (COA07-903)<br><br>2.  State's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>06/11/08 |
|---|---|---|---|
| State v. Cochrane<br><br>Case below:<br>188 N.C. App. 166 | No. 061P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-394)<br><br>2.  AG's Motion to Dismiss Appeal<br><br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Cook<br><br>Case below:<br>184 N.C. App. 401 | No. 341A07 | Def's Motion to Dismiss State's Appeal or, in the Alternative, to Strike the State's Brief (COA06-1355) | See Opinion<br>362 N.C. 285 |
| State v. Cooper<br><br>Case below:<br>186 N.C. App. 100 | No. 490P07 | AG's Motion for Temporary Stay (COA06-1356) | Allowed<br>10/08/07 |
| State v. Cosey<br><br>Case below:<br>189 N.C. App. 531 | No. 209P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-672)<br><br>2.  State's Motion to Dismiss Appeal<br><br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Craig<br><br>Case below:<br>188 N.C. App. 166 | No. 046P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1061) | Denied<br>04/10/08 |
| State v. Crowe<br><br>Case below:<br>188 N.C. App. 765 | No. 098P08 | 1.  State's Motion for Temporary Stay (COA07-428)<br><br><br><br>2.  State's Petition for Writ of Supersedeas<br><br>3.  State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>03/07/08<br>Stay Dissolved<br>06/11/08<br><br>2. Denied<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Cummings<br><br>Case below:<br>188 N.C. App. 598 | No. 093P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-374) | Denied<br>04/10/08 |
| State v. Davis<br><br>Case below:<br>188 N.C. App. 735 | No. 125P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1707) | Denied<br>06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. DeCastro<br><br>Case below:<br>Johnson Courty<br>Superior Court | No. 221A93-3 | Def's PWC to Review Order of Johnston County Superior Court | Denied<br>04/10/08 |
| State v. Dickerson<br>•<br>Case below:<br>188 N.C. App. 166 | No. 072P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-14)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Duncan<br><br>Case below:<br>188 N.C. App. 508 | No. 091A08 | 1. State's Motion for Temporary Stay (COA07-85)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA (Dissent)<br><br>4. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>02/21/08<br><br>2. Allowed<br>06/11/08<br><br>3. ——<br><br>4. Allowed<br>06/11/08 |
| State v. Ellis<br><br>Case below:<br>188 N.C. App. 820 | No. 133P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-142) | Denied<br>06/11/08 |
| State v. Estes<br><br>Case below:<br>186 N.C. App. 364 | No. 543P07 | 1. Def's NOA Based Upon a Constitutional Question (COA07-225)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed<br>04/10/08<br><br>3. Denied<br>04/10/08 |
| State v. Fields<br><br>Case below:<br>186 N.C. App. 680 | No. 587P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-317) | Denied<br>04/10/08 |
| State v. Flores-Matamoros<br><br>Case below:<br>182 N.C. App. 529 | No. 158P08 | Def's PWC to Review Decision of COA (COA06-878) | Denied<br>06/11/08 |
| State v. Fuller<br><br>Case below:<br>188 N.C. App. 633 | No. 087P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-857)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>04/10/08<br><br>2. Denied<br>04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Gainey<br><br>Case below:<br>Harnett County<br>Superior Court | No. 531A00-2 | 1.  Def's PWC to Review the Order of Harnett County Superior Court<br><br>2.  Def's Petition for Writ of Mandamus<br><br>3.  Def's Petition for Writ of Mandamus<br><br>4.  Def's Motion for Leave to File Amendment to PWC and Withdrawal of Writs of Mandamus | 1. See Special Order Page 353<br><br>2. See Special Order Page 353<br><br>3. See Special Order Page 353<br><br>4. See Special Order Page 353 |
| State v. Gibbs<br><br>Case below:<br>176 N.C. App. 190 | No. 504P07 | Def's PWC to Review Decision of COA (COA05-814) | Denied 04/10/08<br><br>**Hudson, J. Recused** |
| State v. Gilmore<br><br>Case below:<br>189 N.C. App. 404 | No. 045P07-2 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA07-600)<br><br>2.  Def's PWC to Review Decision of COA | 1. Denied 06/11/08<br><br>2. Denied 06/11/08 |
| State v. Gomez<br><br>Case below:<br>188 N.C. App. 633 | No. 103P08 | 1.  Def's (Gomez) PDR Under N.C.G.S. § 7A-31 (COA07-636)<br><br>2.  Def's (Hurtado) PWC to Review Decision of COA | 1. Denied 06/11/08<br><br>2. Denied 06/11/08 |
| State v. Haislip<br><br>Case below:<br>186 N.C. App. 275 | No. 513P07 | 1.  AG's Motion for Temporary Stay (COA06-1488)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 10/19/07 361 N.C. 699<br><br>2. Allowed 04/10/08<br><br>3. Allowed 04/10/08 |
| State v. Hall<br><br>Case below:<br>187 N.C. App. 308 | No. 012P08 | 1.  Def's NOA Based Upon a Constitutional Question (COA07-9)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 06/11/08<br><br>3. Denied 06/11/08 |
| State v. Harris<br><br>Case below:<br>189 N.C. App. 49 | No. 150P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-383) | Denied 06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hope<br><br>Case below:<br>189 N.C. App. 309 | No. 154P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-702) | Denied<br>06/11/08 |
| State v. Icard<br><br>Case below:<br>190 N.C. App. 76 | No. 236A08 | 1. State's NOA (Dissent) (COA07-610)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>05/23/08<br><br>3. Allowed<br>05/23/08 |
| State v. Jones<br><br>Case below:<br>188 N.C. App. 848 | No. 127P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1718) | Denied<br>04/10/08 |
| State v. Jordan<br><br>Case below:<br>188 N.C. App. 167 | No. 081P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-484) | Denied<br>04/10/08 |
| State v. Kelso<br><br>Case below:<br>187 N.C. App. 718 | No. 018P08 | AG's PDR Under N.C.G.S. § 7A-31<br>(COA06-1489) | Denied<br>06/11/08 |
| State v. Labinski<br><br>Case below:<br>188 N.C. App. 120 | No. 060P08 | 1. Def's Motion for Temporary Stay<br>(COA06-1617)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>02/15/08<br>362 N.C. 241<br><br>2. Denied<br>04/10/08<br><br>3. Denied<br>04/10/08 |
| State v. Lane<br><br>Wayne County<br>Superior Court | No. 606A05 | 1. Def's Motion to Drop Appeals<br><br>2. Def's Motion to Fire Attorney, Ann B. Petersen | 1. Denied<br>04/10/08<br><br>2. Denied<br>04/10/08 |
| State v. Leach<br><br>Case below:<br>189 N.C. App. 211 | No. 171P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-411) | Denied<br>06/11/08 |
| State v. Little<br><br>Case below:<br>189 N.C. App. 404 | No. 192P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-614) | Denied<br>06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Marshall<br><br>Case below:<br>188 N.C. App. 744 | No. 126P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-838) | Denied<br>04/10/08 |
| State v. Matthews<br><br>Case below:<br>185 N.C. App. 732 | No. 508P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-312) | Denied<br>04/10/08 |
| State v. McHone<br><br>Case below:<br>174 N.C. App. 289 | No. 639P05 | 1. AG's Motion for Temporary Stay<br>(COA04-1605)<br><br><br><br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>Pending deter-<br>mination of the<br>State's PDR<br>11/23/05<br>360 N.C. 179<br>Stay Dissolved<br>01/26/06<br><br>2. Denied<br>01/26/06<br><br>3. Denied<br>01/26/06 |
| State v. McLamb<br><br>Case below:<br>186 N.C. App. 124 | No. 489P07 | 1. AG's Motion for Temporary Stay<br>(COA06-1319)<br><br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>10/08/07<br>361 N.C. 700<br>Stay Dissolved<br>06/11/08<br><br>2. Denied<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Moore<br><br>Case below:<br>185 N.C. App. 257 | No. 451P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1405) | Dismissed<br>04/10/08 |
| State v. Moore<br><br>Case below:<br>Chowan County<br>Superior Court<br>362 N.C. 319 | No. 460A06 | 1. Def's Motion for Appropriate Relief<br><br><br>2. State's Motion to Strike Def's Reply to<br>State's Response to Motion for<br>Appropriate Relief | 1. Dismissed<br>as Moot<br>06/11/08<br><br>2. Dismissed<br>as Moot<br>06/11/08 |
| State v. Morgan<br><br>Case below:<br>189 N.C. App. 716 | No. 203P08 | State's Motion for Temporary Stay<br>(COA07-745) | Allowed<br>04/30/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Payne<br><br>Case below:<br>188 N.C. App. 633 | No. 114P08 | 1. Def's NOA Based Upon a Constitutional Issue (COA07-821)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion for Appropriate Relief | 1. ——<br><br>2. Allowed<br>04/10/08<br><br>3. Denied<br>04/10/08<br><br>4. Denied<br>04/10/08 |
| State v. Pettis<br><br>Case below:<br>186 N.C. App. 116 | No. 522P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1380) | Denied<br>04/10/08 |
| State v. Poindexter<br><br>Case below:<br>Randolph County<br>Superior Court | No. 563A99-3 | 1. AG's PWC to Review Order of Randolph County Superior Court<br><br>2. Def's PWC to Review Order of Randolph County Superior Court<br><br>3. Def's PWC to Review Order of Randolph County Superior Court | 1. Denied<br>06/11/08<br><br>2. Denied<br>06/11/08<br><br>3. Denied<br>06/11/08 |
| State v. Prush<br><br>Case below:<br>185 N.C. App. 472 | No. 466P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1213) | Denied<br>06/11/08 |
| State v. Rollins<br><br>Case below:<br>189 N.C. App. 248 | No. 138P08 | State's Motion for Temporary Stay<br>(COA07-380) | Allowed<br>04/01/08 |
| State v. Rosales-Villa<br><br>Case below:<br>189 N.C. App. 789 | No. 214P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1144)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>06/11/08<br><br>2. Denied<br>06/11/08 |
| State v. Royster<br><br>Case below:<br>Warren County<br>Superior Court | No. 441PA04-4 | Def's PWC to Review the Order of the COA (COAP07-524) | See Special<br>Order Page 351 |
| State v. Rutledge<br><br>Case below:<br>189 N.C. App. 405 | No. 184P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-795) | Denied<br>06/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sherman<br><br>Case below:<br>Durham County<br>Superior Court | No. 313PA07 | 1. AG's PWC to Review the Order of Durham County Superior Court<br><br>2. AG's Motion for Expedited Hearing | 1. See Special Order Page 350<br><br>2. Dismissed as Moot |
| State v. Siler<br><br>Case below:<br>188 N.C. App. 634 | No. 117P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-328) | Denied 06/11/08 |
| State v. Smith<br><br>Case below:<br>188 N.C. App. 634 | No. 092P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-905) | Denied 04/10/08 |
| State v. Smith<br><br>Case below:<br>190 N.C. App. ——<br>(6 May 2008) | No. 234A08 | 1. State's NOA (Dissent) (COA07-172)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed 05/23/08<br><br>3. Allowed 06/11/08 |
| State v. Spargo<br><br>Case below:<br>187 N.C. App. 115 | No. 588P07 | 1. Def's NOA Based Upon a Constitutional Issue (COA06-1138)<br><br>2. State's Motion to Dismiss NOA<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/11/08<br><br>3. Denied 06/11/08 |
| State v. Speller<br><br>Case below:<br>178 N.C. App. 393 | No. 188P08 | Def's PWC to Review Decision of COA (COA05-1599) | Denied 06/11/08<br><br>**Hudson, J. Recused** |
| State v. Stallings<br><br>Case below:<br>189 N.C. App. 376 | 185P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-729)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/11/08<br><br>3. Denied 06/11/08 |
| State v. Stanley<br><br>Case below:<br>187 N.C. App. 306 | No. 599P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1669) | Denied 06/11/08 |
| State v. Stephens<br><br>Case below:<br>188 N.C. App. 286 | No. 067P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1594) | Denied 04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Sykes<br><br>Case below:<br>189 N.C. App. 212 | No. 461P07-2 | Def's PWC to Review Decision of COA (COA07-537) | Denied<br>06/11/08 |
| State v. Thomas<br><br>Case below:<br>187 N.C. App. 814 | No. 022P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-709) | Denied<br>04/10/08 |
| State v. Thompson<br><br>Case below:<br>188 N.C. App. 102 | No. 068P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-363) | Denied<br>04/10/08 |
| State v. Thompson<br><br>Case below:<br>188 N.C. App. 167 | No. 079PA08 | 1.  Def's NOA Based Upon a Constitutional Question (COA06-1604)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  State's Motion to Dismiss Appeal<br><br>4.  Def's Motion for Appropriate Relief | 1. See Special Order Page 347<br><br>2. See Special Order Page 347<br><br>3. See Special Order Page 347<br><br>4. See Special Order Page 347 |
| State v. Turnage<br><br>Case below:<br>190 N.C. App. 123 | No. 228A08 | 1.  State's NOA (Dissent) (COA07-562)<br><br>2.  State's Motion for Temporary Stay<br><br>3.  State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>05/20/08<br><br>3. Allowed<br>05/20/08 |
| State v. Upchurch<br><br>Case below:<br>189 N.C. App. 212 | No. 123P08 | State's Motion for Temporary Stay (COA07-779) | Allowed<br>03/20/08 |
| State v. Walker<br><br>Case below:<br>188 N.C. App. 331 | No. 016P05-3 | 1.  State's Motion for Temporary Stay (COA03-1426-2)<br><br>2.  State's Petition for Writ of Supersedeas<br><br>3.  State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>02/01/08<br>362 N.C. 243<br>Stay Dissolved<br>**04/10/08**<br><br>2. Denied<br>04/10/08<br><br>3. Denied<br>04/10/08 |
| State v. Walker<br><br>Case below:<br>136 N.C. App. 443 | No. 039P08 | Def's PWC to Review Decision of COA (COA99-8) | Denied<br>04/10/08<br><br>**Edmunds, J.,<br>Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Wheeler<br><br>Case below:<br>190 N.C. App. —<br>(20 May 2008) | No. 371P06-2 | Def's PDR (COA07-1306) | Dismissed<br>06/11/08 |
| State v. Williams<br><br>Case below:<br>190 N.C. App. 207 | No. 235P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1462) | Dismissed<br>06/11/08 |
| State v. Williams<br><br>Case below:<br>185 N.C. App. 318 | No. 474P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1420)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>06/11/08<br><br>3. Denied<br><br>4. Dismissed as Moot<br>06/11/08 |
| State v. Williams<br><br>178 N.C. App. 394 | No. 554P07 | Def's Motion for "Petition for Discretionary Review" (COA05-1024) | Denied<br>04/10/08<br><br>**Hudson, J., Recused** |
| State v. Wood<br><br>Case below:<br>189 N.C. App. 212 | No. 147P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-912) | Denied<br>06/11/08 |
| State v. Wright<br><br>Case below:<br>189 N.C. App. 346 | No. 145P08 | State's Motion for Temporary Stay<br>(COA07-611) | Allowed<br>04/07/08 |
| State v. Wright<br><br>Case below:<br>184 N.C. App. 464 | No. 614P07 | Def's PWC to Review the Decision of the COA (COA06-1435) | Denied<br>04/10/08 |
| State v. Young<br><br>Case below:<br>186 N.C. App. 343 | No. 560A07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1247)<br><br>2. State's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed<br>04/10/08 |
| Stocum v. Oakley<br><br>Case below:<br>185 N.C. App. 56 | No. 444P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-957) | Denied<br>04/10/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Teague v. N.C Dep't of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06-4 | Plt's PWC to Review Decision of COA (COA05-522) | Denied<br>04/10/08 |
| Teague. v. N.C. Dep't of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06-5 | 1. Plt's Motion to Reconsider PWC (COA05-522)<br><br>2. Plt's "Motion to Reconsider Writ of Certiorari from Wake Superior Court Prior to Determination there for Reasons of Judicial Misconduct"<br><br>3. Plt's Motion for Temporary Stay | 1. Denied<br>06/11/08<br><br>2. Denied<br>06/11/08<br><br><br><br>3. Denied<br>06/09/08<br><br>**Edmunds, J., Recused** |
| Terry's Floor Fashions, Inc. v. Crown Gen. Contrs, Inc.<br><br>Case below:<br>184 N.C. App. 1 | No. 362A07 | 1. Def-Appellant's (Alvis) NOA (Dissent) (COA06-738)<br><br>2. Def-Appellant's (Alvis) PDR | 1. ——<br><br><br>2. Denied<br>06/11/08 |
| Tuck v. Turoci<br><br>Case below:<br>188 N.C. App. 634 | No. 077P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1571)<br><br>2. Plt's Alternative PWC to Review the Decision of the COA | 1. Denied<br>04/10/08<br><br>2. Denied<br>04/10/08 |
| Wake Cares, Inc. v. Wake Cty. Bd. of Educ.<br><br>Case below:<br>190 N.C. App. 1 | No. 230P08 | Plts' Motion for Temporary Stay (COA07-810) | Allowed<br>05/22/08<br><br>**Martin, J., Recused** |
| Watson v. Watson<br><br>Case below:<br>187 N.C. App. 55 | No. 593P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1640) | Denied<br>04/10/08 |
| Watts v. N.C. Dep't of Env't & Natural Res.<br><br>Case below:<br>182 N.C. App. 178 | No. 191A07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-299) | Order denying Plt's PDR withdrawn ex mero motu. PDR allowed for limited purposes.<br><br>See Special Order Page 349 |

| Weber, Hodges & Godwin Commercial Real Estate Servs., LLC v. Cook<br><br>Case below:<br>186 N.C. App. 288 | No. 529P07 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA07-248)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 04/10/08<br><br>2. Dismissed as Moot 04/10/08 |
| --- | --- | --- | --- |
| Williams v. HOMEQ Servicing Corp.<br><br>Case below:<br>184 N.C. App. 413 | No. 382A07 | Def's Motion to Withdraw Appeal (COA06-674) | Allowed 04/10/08 |
| Young v. Gum<br><br>Case below:<br>185 N.C. App. 642 | No. 494P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1131)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 (COA069-1131) | 1. Denied 04/10/08<br><br>2. Dismissed as Moot 05/13/08<br><br>**Martin, J., Recused** |

## PETITIONS TO REHEAR

| Carolina Bldg. Servs' Windows & Doors, Inc. v. Boardwalk, LLC<br><br>Case below:<br>362 N.C. —<br>(11 April 2008) | No. 444PA06-2 | Defs' Petition for Rehearing | Denied 06/11/08 |
| --- | --- | --- | --- |
| Marven L. Poindexter, Inc. v. Boardwalk, LLC<br><br>Case below:<br>362 N.C. —<br>(11 April 2008) | No. 443PA06-2 | Defs' Petition for Rehearing | Denied 06/11/08 |